**SHIPMAN & GOODWIN LLP**
300 Atlantic Street
Stamford, Connecticut 06901
Tel: (203) 324-8100
Andrew M. Zeitlin (AZ0026)
Counsel for defendant Laurence Alexander

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROK ENTERTAINMENT GROUP, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LAURENCE ALEXANDER, : <br> : <br> Defendant. : <br> : | Civil Action No. 11cv2728 (DAB) (HBP) <br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

---

    Please enter my appearance as attorney for defendant, Laurence Alexander, in the above-captioned matter.

Dated: May 23, 2011
    Stamford, Connecticut

                          **SHIPMAN & GOODWIN LLP**

                          By: s/ Andrew M. Zeitlin
                             Andrew M. Zeitlin (AZ0026)
                             300 Atlantic Street
                             Stamford, CT 06901-3522
                             Telephone:  (203) 324-8100
                             Facsimile:  (203) 324-8199
                             E-mail: azeitlin@goodwin.com

                          Attorney for defendant Laurence Alexander

1914708v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                         s/ Andrew M. Zeitlin
                                                         Andrew M. Zeitlin (AZ0026)