**SHIPMAN & GOODWIN**

COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11

Andrew M. Zeitlin
Phone: (203) 324-8111
Fax: (203) 324-8199
azeitlin@goodwin.com

**MEMO ENDORSED**

May 23, 2011

**VIA OVERNIGHT MAIL**

Hon. Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007


RECEIVED MAY 24 2011 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

Re:   **ROK Entertainment Group, Inc. v. Alexander**
      **Docket No: 1:11-cv-02728-DAB**

Dear Judge Batts:

Our firm represents defendant Laurence Alexander in connection with the above-referenced matter. On behalf of Mr. Alexander, and pursuant to Your Honor's Individual Practices, this letter constitutes a request for a forty-five day extension of time -- to and including July 8, 2011 -- for Mr. Alexander to answer, move or otherwise respond to the plaintiff's Complaint, dated April 19, 2011. This letter is the defendant's first request for an extension of time. Service of the Summons and Complaint was purportedly made by the plaintiff, in the United Kingdom, on May 3, 2011. Accordingly, defendant's response to the Complaint would otherwise be due on May 24, 2011. I have spoken with Roger Fidler, Esq., counsel for plaintiff, who consents to the requested extension of time.

Good cause exists for the requested extension. Our firm has only recently been engaged to represent Mr. Alexander in this matter, and the extension of time is necessary to conduct the factual and legal investigation necessary to respond appropriately to the Complaint. This request is being made within the time in which the defendant's response to the Complaint is currently due.

*GRANTED.*
*/s/ DAB*
*5/24/11*

**MEMO ENDORSED**

Hon. Deborah A. Batts
May 23, 2011
Page 2

MEMO ENDORSED

Thank you very much for Your Honor's consideration of the request.

Very respectfully yours,

Andrew M. Zeitlin

AMZ:cnt

cc:   Roger L. Fidler, Esq. (via PDF)

SO ORDERED

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

5/24/11

MEMO ENDORSED

1914644v2