UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROK ENTERTAINMENT GROUP, INC.   :   Case No. 1:11-cv-02728 (DAB)
                                :   ECF CASE
                    Plaintiff,  :
                                :
        -against-               :
                                :   DECLARATION OF
LAURENCE ALEXANDER,             :   CLARISSE N. THOMAS, ESQ.
                                :   IN SUPPORT OF
                                :   MOTION TO DISMISS
                    Defendant.  :
----------------------------------------------------------X

I, Clarisse N. Thomas, do hereby declare as follows:

     1.    I am associated with Shipman & Goodwin LLP, counsel for defendant in this action. I make this Declaration in support of defendant's motion to dismiss the Complaint.

     2.    Attached hereto as Exhibit A is a true and correct certified copy of plaintiff ROK Entertainment Group, Inc.'s 2009 Annual Report that was filed with the Secretary of State of Delaware. According to the Delaware Secretary of State's records, the 2009 Annual Report is the most recent one filed by plaintiff. The plaintiff's principal place of business, according to its 2009 Annual Report, is in the United Kingdom, and not New York, as alleged in paragraphs 7 and 8 of the Complaint.

     3.    Attached hereto as Exhibit B is a certificate from the Secretary of State of New York, stating that plaintiff has not filed an Application for Authority to do business in New York.

1957557v1

4. On or about June 23, 2011, I dialed "411" in order to try to locate a New York City address for plaintiff. I was informed that no address or telephone number exists for plaintiff in New York City.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2011

*/s/ Clarisse N. Thomas*
CLARISSE N. THOMAS

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, a copy of the foregoing Declaration of Clarisse N. Thomas, Esq. in Support of Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Andrew M. Zeitlin
          Andrew M. Zeitlin (AZ0026)

# EXHIBIT A



# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "ROK ENTERTAINMENT GROUP INC." AS FILED IN THIS OFFICE.

4473485   8200

110716251

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 8829302

DATE: 06-13-11

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| ROK ENTERTAINMENT GROUP INC. | | | | 2009 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 4473485 | 2007/12/13 | |

PRINCIPAL PLACE OF BUSINESS
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM

PHONE NUMBER: 441902374896

REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.

AGENT NUMBER: 9216365

160 GREENTREE DRIVE
SUITE 101

DOVER                    DE  19904

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE |
|---|---|---|---|---|
| 2009/06/23 | | COMMON | 200,000,000 | .001000 |
| | | PREFERRED | 1,000,000 | .001000 |
| 2007/12/13 | 2009/06/23 | COMMON | 100,000,000 | .001000 |
| | | PREFERRED | 1,000,000 | .001000 |

OFFICER NAME: ALEXANDER CHARLES RENNY
STREET/CITY/STATE/ZIP:
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM
TITLE: CFO

DIRECTORS NAME: JONATHAN MARK KENDRICK
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM

BENJAMIN LLOYD STORMONT MANCROFT
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM

JAMES LEE KENDRICK
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM

ALEXANDER CHARLES RENNY
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM
==========================================================================
Total number of directors: 6

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR): ALEXANDER CHARLES RENNY
ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON
WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM
DATE: 2010-02-19
TITLE: CFO

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| ROK ENTERTAINMENT GROUP INC. | 2009 |

| FILE NUMBER |
|---|
| 4473485 |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| BRUCE WILLIAM RENNY | ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM |
| STUART KENNETH FURNIVAL | ROK HOUSE, KINGSWOOD BUSINESS PARK, HOLYHEAD ROAD, ALBRIGHTON WOLVERHAMPTON STAFFORDSHIRE WV7 3AU UNITED KINGDOM |

# State of Delaware
# Annual Franchise Tax Report

**CORPORATION NAME:** ROK ENTERTAINMENT GROUP INC.
**TAX YR.:** 2009
**FILE NUMBER:** 4473485
**FEDERAL EMPLOYER ID NO.:**

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.    DEC. 31st.

Date(s) of Inactivity
From    To

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 96,011,137 | 0 | 2009/03/31 |
| 96,011,137 | 0 | 2009/06/23 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| 75.00 | 0.00 | 0.00 | 50.00 | 0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| 0.00 | 125.00 | 125.00 | |

# EXHIBIT B

# State of New York
# Department of State      } ss:

I hereby certify, that I have made diligent examination of the index of corporation certificates filed by this department for an Application for Authority for ROK ENTERTAINMENT GROUP INC. and that upon such examination, I find no such Application for Authority to do business on file with this Department.



\*\*\*

*WITNESS my hand and the official seal of the Department of State at the City of Albany, this 23rd day of June two thousand and eleven.*

*First Deputy Secretary of State*

*201106240261  100*