UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROK ENTERTAINMENT GROUP, INC.   :   Case No. 1:11-cv-02728 (DAB)
                                                   :   ECF CASE
              Plaintiff,        :
                                                   :
   -against-                          :
                                                   :   **DEMAND PURSUANT TO**
LAURENCE ALEXANDER,            :   **LOCAL RULE 26.1**
                                                   :
             Defendant.       :
-------------------------------------------------------X

Pursuant to Rule 26.1 of the Local Rules of the United States District Court for the Southern District of New York, defendant Laurence Alexander demands that plaintiff ROK Entertainment Group, Inc. provide defendant's counsel, within seven days, with a verified statement setting forth plaintiff's post office address and residence, as well as the name, post office addresses and residences of the plaintiff's principal officers.

Dated: Stamford, Connecticut
       July 13, 2011

                                      Respectfully submitted,

                                      SHIPMAN & GOODWIN LLP

                                      By: /s/ Andrew M. Zeitlin
                                           Andrew M. Zeitlin (AZ 0026)
                                           Shipman & Goodwin LLP
                                           300 Atlantic Street
                                           Stamford, Connecticut 06901
                                            (203) 324-8100 (tel.)
                                            (203) 324-8199 (fax)
                                            azeitlin@goodwin.com

                                           *Attorneys for Defendant*
                                           *Laurence Alexander*

1968298v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew M. Zeitlin
Andrew M. Zeitlin